**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** The City of Garden Grove Police Department/The City of Garden Grove
*(AVISO AL DEMANDADO):* Does 1-100

**YOU ARE BEING SUED BY PLAINTIFF:** Donn Johnston
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
APR 29 2022
DAVID H. YAMASAKI, Clerk of the Court
BY: _____, DEPUTY

RECEIVED
CITY OF GARDEN GROVE
CITY CLERK

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: 700 Civic Center Drive Santa Ana CA 92701
*(El nombre y dirección de la corte es):*

CASE NUMBER: *(Número del Caso):*
**30-2022-01257164**
JUDGE DAVID HOFFER
Assigned for All Purposes

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* 657-887-7579
Donn Johnston 10382 Morningside Drive

DATE: 4-2 APR 29 2022    DAVID H. YAMASAKI Clerk, by IMELDA YU , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* The City of Garden Grove Police Department/The City of Garden Grove
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**EXHIBIT A**    7

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Donn Johnston
10382 Morningside Drive
Garden Grove, CA 92843

TELEPHONE NO.: 657 888-7579    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: valdezdj@aol.com
ATTORNEY FOR *(Name)*: Plaintiff in Pro Per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 700 Civic Center Drive
MAILING ADDRESS: 700 Civic Center Drive
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 29 2022

DAVID H. YAMASAKI, Clerk of the Court

BY:_____, DEPUTY

PLAINTIFF: Donn Johnston
DEFENDANT: The City of Garden Grove Police Department, The City of Garden Grove
[X] DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [X] OTHER *(specify)*: False Arrest, IIED
[ ] Property Damage  [ ] Wrongful Death  Intentional Infliction of Emotional
[X] Personal Injury  [X] Other Damages *(specify)*: Distress Under Color of Auth

**CASE NUMBER:**
30-2022
01257164

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

**JUDGE DAVID HOFFER**
**Assigned for All Purposes**

1. Plaintiff *(name or names)*: Donn Johnston
   alleges causes of action against defendant *(name or names)*: The City of Garden Grove Police Department, The City of Garden Grove

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

EXHIBIT A

8

| | |
|---|---|
| SHORT TITLE: Johnston vs. The City of Garden Grove | CASE NUMBER: 30-2022 01257164 |

PLD-PI-001

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): The City of Garden Grove Garden Grove Police Department
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe): The City of Garden Grove
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 50-100 are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

30-2022 PLD-PI-001

| SHORT TITLE: Johnston vs The City of Garden Grove | CASE NUMBER: 01257164 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☒ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify):* False Arrest and Imprisonment without due process, Personal Injury, Intentional Infliction of Emotional Distress Under Color of Authority

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify):* damages related to Intentional Infliction of Emotional Distress Under Color of Authority and Exacerbation of Diabetic Condition

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☐ according to proof
       (2) ☒ in the amount of: $ $20,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: April 14th, 2022

Donn Johnston
(TYPE OR PRINT NAME)                               ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

## Background for Causes of Action and Causes of Action

The incident that brought about this action by the DA's office came about on May 1st, 2021 when my then girlfriend, Marisol Palma, suddenly without warning struck me with her fist in the temple of my head. My neighbor, Frank Ealey, witnessed this assault and promptly called the police. I did not strike Ms. Palma at any time and I did not assault her in any way as witnessed by Frank Ealey. When the police arrived, I was asked to walk off the property and to sit on the curb. While I was sitting on the curb in front of my home, Frank Ealey told the officers I did nothing wrong and that the sole perpetrator was Ms. Palma. Knowing the police usually favor the female in domestic violence incidents, I chose to assert my 5th amendment right to have an attorney present during questioning and to not attempt to say anything that would be misconstrued by the Garden Grove Police Department. After several attempts were made to encourage me to speak, the officers were clearly frustrated and quite roughly forced me to the ground and proceeded to arrest me despite Mr. Ealey's insistence I was not in any way in violation of the law. The officers used unnecessary force in doing so and I was bound by overly tight handcuffs. In shock, I started to suffer from hypoglycemia and upon arrival at the Central Men's Jail, I could not be processed as my blood sugar levels were dangerously low. I was immediately sent to the emergency room at Global Hospital where I was handcuffed to the bed and was subjected to further harsh treatment by the accompanying officer. The officer berated my answers to the medical personnel when I truthfully expressed my answers to their medical related questions. The officer would interject upon me answering calling me a liar using epitaphs. While being treated, I was subjected to trainee personnel and was used as a training subject for purposes of placing an IV into my arm. After several failed attempts as the trainee was being coached by a more experienced medic, the IV was attempted on the opposite arm causing further pain and suffering. Meanwhile the officer continued to berate me and openly stated I was "faking" the pain and acting in an over dramatic fashion. After my blood sugar stabilized I was transported back to the Central Men's Jail where I underwent the humiliating processing through what is known as "the loop." After spending 4 days in Orange County Central and after being transferred to the Theo Lacy Facility on the 5th day, I was called to a video conference at approximately 6am in the morning. A male identified himself as a public defender. On May 5th, 2021 I spoke to the male public defender and he told me I would be released that evening without admitting guilt to any charge if I agreed the DA could file a charge within the time frame of one year. This was probably waiving the time constraint for filing any potential charge despite the fact I did nothing wrong and broke no law with an eye witness to verify this fact. The male public defender told me there would be no hearing if

in fact I agreed to this "deal" and when I inquired about waiting for a hearing he informed me he didn't know when a hearing would occur, that I might stay incarcerated despite my innocence, that there was no guarantee that I would be released upon my own recognizance. Upon hearing this and tiring of bologna sack meals, I agreed and was release at around 11pm May 5th, 2021. The next day I was informed by a friend that a hearing was held with regard to a probation violation. The copy of the Amended Probation Order indicated that I was not present in court. The order also indicates that I waived the right to a probation hearing, waived the statutory time for sentencing and that I admitted I violated probation as to count one of two counts. The order states that I was ordered by the court to serve 30 days of home confinement.

1. The original male public defender informed me there would be no hearing, by agreeing to delay any potential charges I would be released that day and that in no way am I admitting guilt by accepting my release condition.
2. At no time did I waive the right to a probation hearing, nor did I admit violating probation as to count 1.
3. I did not waive any statutory time for sentencing contrary to what the amended order states.
4. I committed no crime whatsoever to justify my arrest and detainment.
5. The amended probation order shows a count 2, namely 273a(a) PC that was dismissed by the magistrate during the original trial and I only faced 1 count of attempting to make a controlled substance (hash/honey oil a marijuana product).
6. The law requires a period of 48 hours, after which the defendant must be charged with a crime and/or allowed to see an attorney. Four days past and I was denied access to an attorney and was not charged with a crime.

Based upon the above facts I assert the following causes of action:

1. False arrest wherein defendant willfully and knowingly arrested plaintiff without cause andthe defendant's act caused the plaintiff's confinement.
2. False imprisonment intending to confine the plaintiff without the plaintiff's consent, without authority of law and the plaintiff was aware of his own confinement.
3. Bodily injury
4. Intentional Infliction of Emotional Distress Under Color of Authority
5. Invalid Use of Legal Authority as the detainment or arrest of plaintiff was without a warrant and without cause.Plaintiff was deprived of his personal

    liberty, the amount of time actually detained is inconsequential. See, e.g. <u>Schenck v. Pro Choice Network</u>, 519 U.S. 357 (1997)
6. Malicious prosecution as the defendant acted without probable cause and with malice toward plaintiff, but for the defendant's actions, the prosecution would not have proceeded and the plaintiff did not engage in the alleged misconduct.
7. Loss of Income
8. Loss of earning capacity